# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT _____

FILED

SEP - 6 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

_____ )
_____ )
_____ )
Darcell Walton )
Name of plaintiff (s) )
)
v. )
)
Gestamp Of Chattanooga )
_____ )
_____ )
_____ )
Name of defendant (s) )

Case No. 1:22-CV-228
(to be assigned by Clerk)

Atchley / Steger

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I have a letter from the EEOC for the right to sue for a charge of discrimination against disability and for the company Gestamp for being sexes, Racial discrimination and for harrassment, FMLA Wrongful Termination, Retailiation

2. Plaintiff, Darcell Walton resides at

6311 Roscoe Lane , Harrison
street address                                    city

Hamilton , Tn , 37341 , 423-486-7304 .
county          state      zip code      telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

Stacey Cheeres, DeMarcus , Byron Walton
_____

_____

1

3. Defendant, Gestamp Of Chattanooga lives at, or its business is located at

3063 Hickory Valley Rd. , Chattanooga ,
street address                                                    city

Hamilton , Tn , 37421 ;
county                                   state                        zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

I filed a complaint against the Supervisor Bobby Flack
Mike Patini
and Superentident for be sexes and for making Remarks
about gays. I am a lesbian and was harrassed and was
discriminated agaisnt Because of me bring on FMLA for
my own health reasons and it was used agaisnt me. I was
terminated because the company went back 16 days on
the 11th of July stating I left the primices between
thee hours of 4:30 Am + 6:00 Am which I denied, I
believe they used a excuse because I was out on FMLA
from July 16, 17, 18, 19, 20, 21, 22 and was released from the hospital
to return to work on July 23. I worked a Full day and the
following night I was asked To leave the primices Because
The Lead man Jon Partin and 2 Coworker Vernon Molten had told
The Area Manerger Renrick that I had Applied for FMLA when
in fact I have been on FMLA since Sept of 2021 And wesnt due for
recertification          I have All documents including Recording
of H.R stating their Reason of Termina....

until HR Investigated their reasoning if I could come back. On July 27 I recieved a phone call and it was recorded for my Proof that I was being Terminated.

Byron Walton my son was employed but put in his 2weeks notice The begining of the year Because of the mental distress he went through 4P moved him from his position to another department Because of his Disability and wouldnt let him come back to his Department Because he was on FMLA as well. HR kept asking me if my son was on his medication at all and wouldnt give the right info for his ADA

Bobby Flack Cold Stamp Supervisor at the time called DeMarcus A monkey And filed A complaint with HR but Racial Discriminating eventually left the Job Due to Distress.

Stacey Cheeves is my Partner filed a complaint against Bobby Flack And mike Patini for them being sexes and Harrassing the Two of us for our status as being lesbians and saying we were a disruption to the work force.

All of the Parties, Bobby Flack, Supervisor Mike Patini, Superentindent Kadi, HR Renrick Area Manager Have An Put in their Resination and are no longer there including A host of others... Not Sure why.

Also I unique went to HR To Rite a complaint For sexual Harrassment against Vernon Molten which has numerous complaints against him for sexual Harrassment. HR Allows Women to be harrassed Sexually By men and never take Action.
I have filed in the past for sexual Harrassment And again HR Does nothing.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Resputation for mental distress, lost Wages

b. Resputation for the hostile enviroment

c. Resputation for Discrimination

d. Resputation for Wrongful termination

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ 6 th _____ day of _____ Sept. _____, 20 22 .

_____
_____
_____
_____ Darcell Water _____
Signature of plaintiff (s)

3