UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DARCELL WALTON, | ) |
| *Plaintiff*, | ) Case No. 1:22-cv-228 |
| v. | ) Judge Atchley |
| GESTAMP CHATTANOOGA, LLC, | ) Magistrate Judge Steger |
| *Defendant*. | ) |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith, it is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 37 and 41(b) for failure to prosecute and failure to comply with an order of the Court. There being no more matters to resolve, the Clerk is **DIRECTED** to close the file.

SO ORDERED

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT